IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WORDLOGIC CORPORATION and 602531 BRITISH COLUMBIA LTD.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FANATICS HOLDINGS, INC.**<br><br>Defendant. | Civil Action No.:  6:21-cv-34-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, WordLogic Corporation ("WordLogic" or "Plaintiff") and 602531 British Columbia Ltd. ("BC"), together (the "Plaintiffs"), hereby give notice of dismissal of this action WITHOUT PREJUDICE. Fanatics Holdings, Inc. ("Defendant") has not yet served an answer or a motion for summary judgment.

Respectfully Submitted,

Date:  March 24, 2021              *s/ Brett T. Cooke*
                                   Brett T. Cooke

**Brett T. Cooke**  *(Admitted Pro Hac Vice)*
brett@brettcooke.com
**Texas State Bar No. 24055343**
20507 Tamarron Drive
Humble, Texas 77346
Telephone: 832-287-7039
Facsimile: 281-852-9163

**ATTORNEY FOR PLAINTIFFS
WORDLOGIC CORPORATION AND
602531 BRITISH COLUMBIA LTD.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed in compliance with Local Rule CV-5(a) on March 24, 2021with the clerk of Court via the CM/ECF system, which will notify and serve all counsel of record who have consented to electronic service.

                                           */s/ Brett T. Cooke*
                                           Brett T. Cooke